

# IN THE
# TENTH COURT OF APPEALS

## No. 10-23-00171-CV

## IN RE SHELBY MARLER

## Original Proceeding

**From the 77th District Court
Limestone County, Texas
Trial Court No. 32653-A**

## MEMORANDUM OPINION

The amended petition for writ of mandamus filed on August 4, 2023 is denied. *See*

TEX. R. APP. P. 52.8(d). The emergency stay granted in part by this Court on July 14, 2023

is lifted.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
　　　Justice Johnson, and
　　　Justice Smith
Petition denied
Order delivered and filed October 26, 2023
[OT06]

